MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | EASTERN - TENNESSEE |
|---|---|---|
| Name *(under which you were convicted)*: KELLY LOUISE FITZMAURICE | | Docket or Case No.: 3:13-CR-00123-01 |
| Place of Confinement: FCI-ALICEVILLE ALICEVILLE, ALABAMA | | Prisoner No.: 47102-074 |
| UNITED STATES OF AMERICA | | Movant *(include name under which convicted)* |
| V. KELLY LOUISE FITZMAURICE | | |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   U.S. COURT EASTERN DISTRICT OF TENNESSEE

   (b) Criminal docket or case number (if you know): 3:13-Cr-00123-01

2. (a) Date of the judgment of conviction (if you know): June 2, 2014
   (b) Date of sentencing: June 2, 2014

3. Length of sentence: 151 months

4. Nature of crime (all counts):
   Distribution of Child Pornography; Possession of Child Pornography

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?
   n/a

6. If you went to trial, what kind of trial did you have? (Check one) n/a   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒

9. If you did appeal, answer the following:
   (a) Name of court: n/a
   (b) Docket or case number (if you know): 
   (c) Result: 
   (d) Date of result (if you know): 
   (e) Citation to the case (if you know): 
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐   No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know): 
   (2) Result: 
   n/a
   (3) Date of result (if you know): 
   (4) Citation to the case (if you know): 
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: 
    (2) Docket or case number (if you know): 
    (3) Date of filing (if you know): 
    (4) Nature of the proceeding: 
    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
   Yes ☐   No ☒
(7) Result: _____
(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
   (1) Name of court: _____
   (2) Docket of case number (if you know): _____
   (3) Date of filing (if you know): _____
   (4) Nature of the proceeding: _____
   (5) Grounds raised:

   ```
   none
   ```

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
   Yes ☐   No ☒
(7) Result: _____
(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
   (1) First petition:   Yes ☐   No ☒
   (2) Second petition:  Yes ☐   No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

   ```
   I asked my defense counsel what my appeal option were and my
   request for an appeal was ignored. I tried to undestand this
   after I was sentenced but my defense counsel would not talk to me
   ```

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** INEFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

DEFENSE COUNSEL FAILED TO FILE A NOTICE OF APPEAL AFTER I REQUESTED AN APPEAL AFTER I WAS SENTENCED

(b) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☒
   (2) If you did not raise this issue in your direct appeal, explain why:
       My defense counsel failed to file an appeal after sentencing when I asked for one

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☒
   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition:
   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):
   Date of the court's decision:
   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐   No ☒
   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐   No ☒
   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: My defense counsel failed to file an appeal after I was sentenced when I was asking about my appeal options

**GROUND TWO:**　　　INEFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Defense counsel failed to petition the Court for an order for a mental health evaluation

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐　　No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

I asked my defense counsel to ask the court could I be seen by a mental health professional and I was ignored

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐　　No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐ No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Defense counsel failed to petition the court for an order requesting a mental health evaluation be done. I am not versed in federal law, so I did not know what to do

**GROUND THREE:** INEFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Defense counsel failed to challenge the restitution amount

(b) **Direct Appeal of Ground Three:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?
  Yes ☐   No ☒

  (2) If you did not raise this issue in your direct appeal, explain why:
  Defense counsel failed to file an appeal for me

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?
  Yes ☐   No ☒

  (2) If you answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
  Yes ☐   No ☒

  (4) Did you appeal from the denial of your motion, petition, or application?
  Yes ☐   No ☒

  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
  Yes ☐   No ☒

  (6) If your answer to Question (c)(4) is "Yes," state:

  Name and location of the court where the appeal was filed:

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Defense counsel failed to file an appeal for me after sentencing when I requested one

**GROUND FOUR:** VIOLATION OF CONSTITUTIONAL RIGHT - AMENDMENT V - DUE PROCESS

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I plead guilty to the charge against me, but I did not understand the consequences of me pleading guilty

(b) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☒
  (2) If you did not raise this issue in your direct appeal, explain why:
      My defense counsel did not file an appeal when I asked about my lengthy sentence and what everything meant in my court hearing

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☒

  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐  No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I am not versed in federal law. I asked my attorney to file an appeal and to explain to me what was going on in court. I was ignored and I still don't understand my long sentence because I have never been in any trouble with the law

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.
n/a

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:

    _____attorney of record_____

    (b) At the arraignment and plea:

    _____attorney of record_____

    (c) At the trial:

    _____none_____

    (d) At sentencing:

    _____attorney of record_____

    (e) On appeal:

    _____none_____

    (f) In any post-conviction proceeding:

    _____none_____

    (g) On appeal from any ruling against you in a post-conviction proceeding:

    _____none_____

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    _____none_____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

    I am filing this appeal late because I had been trying to get in touch with my attorney to see what the appeal process involves but I got no response from my attorney, so I tried to file this my-self. I am not sure if this is what I am suppose to do. I would like to file an appeal

Therefore, movant asks that the Court grant the following relief:

Remand for Resentencing
------------------------

or any other relief to which movant may be entitled.

none
----
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on  January 6, 2016   .
(month, date, year)

Executed (signed) on   January 6, 2016    (date)

*Kelly Fitzmaurice*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.