⇔47102-074⇔
Kelly Fitzmaurice
Aliceville Federal
. Correctional Ins
PO Box 4000
Aliceville, AL 35442
United States






⇔47102-074⇔
Federal Courthouse
800 Market ST
Knoxville, TN 37902
United States

**RECEIVED**

JAN 28 2016

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

**INSPECTED**

Case 3:13-cr-00123-TAV-JEM   Document 30-1   Filed 01/28/16   Page 1 of 1
PageID #: 133