# Dale, Frank (USATNE)

**From:** Bobby Hutson <Bobby_Hutson@fd.org>
**Sent:** Tuesday, May 13, 2014 9:08 AM
**To:** Dale, Frank (USATNE)
**Subject:** Re: Fitzmaurice

Sounds great to me.  Thanks for resolving this issue on your end.  Let me know if you need anything else.

Best,

Bobby

From: "Dale, Frank (USATNE)" <Frank.Dale@usdoj.gov>
To: "bobby_hutson@fd.org" <bobby_hutson@fd.org>
Cc: "Delozier, Susie (USATNE)" <Susie.Delozier@usdoj.gov>
Date: 05/12/2014 03:05 PM
Subject: Fitzmaurice

Bobby,

I wanted to let you know that I was able to contact the attorneys representing the victims who made the two claims in the Fitzmaurice case.
In accordance with our discussions, I told them your client would be willing to pay $500 as restitution.  The attorney for the victims of the "8 Kids" series (Bauer) is in agreement with accepting $500 as restitution.
The attorney for the victim of the "Vicky" series is withdrawing her claim altogether.

Unless there is anything else we need to discuss regarding restitution, I will simply put in the Government's sentencing memo that the Vicky claim has been withdrawn and that Ms. Fitzmaurice's restitution obligation is $500, which will be payable to Bauer's firm for the "8 Kids" victims.

Frank

FRANK M. DALE, JR.
Assistant United States Attorney
Eastern District of Tennessee
800 Market Street, Suite 211
Knoxville, Tennessee  37902
(865) 225-1704 (direct)
(865) 604-8343 (cell)
(865) 545-4791 (fax)

Exhibit A