# UNITED STATES PROBATION OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Kelly Louise Fitzmaurice  **Docket Number:** 3:13-CR-00123-001

**Name of Sentencing Judicial Officer:** The Honorable Thomas A. Varlan
United States District Judge

**Date of Original Sentence:** June 2, 2014

**Original Offense:** <u>Count 1:</u> Distribution of Child Pornography, in violation of Title 18 U.S.C. § 2252A(a)(2) and 18 U.S.C. § 2252A(b)(1)

<u>Count 2</u>: Possession of Child Pornography, in violation of Title 18 U.S.C. § 2252A(a)(5)(B) and 18 U.S.C. § 2252A(b)(2)

**Class:** C Felony     **Criminal History Category:** I

**Original Sentence:** 151 months imprisonment, followed by 15 years of Supervised Release

**Type of Supervision:** Supervised Release

**Date Supervision Set to Commence:** September 12, 2024 (Currently in BOP)

**Date Supervision Set to Expire:** September 11, 2039

**Assistant U.S. Attorney:** Jennifer Kolman

**Defense Attorney:** Bobby E. Hutson, Jr.

*******************************************

### PETITIONING THE COURT

To modify the conditions of supervision to include the following additional special condition:

> The defendant shall submit her person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer or designee. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be

subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of her supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

## CAUSE

Ms. Fitzmaurice is currently in the custody of the Bureau of Prisons (Federal Medical Center, Carswell, Texas), and is scheduled to be released on September 12, 2024. The above search condition is being requested to assist the probation officer in monitoring the defendant for protection of the community, as well as providing for officer safety.

Ms. Fitzmaurice agreed to the proposed modification and executed a Probation Form 49 Waiver of Hearing, to Modify Conditions of Probation/Supervised Release, which is attached for the Court's consideration.

Assistant United States Attorney Jennifer Kolman was contacted, and she has no opposition to the proposed modification.

Respectfully submitted,

*[signature]*   August 29, 2024
Rhonda Monger Lay                Date
United States Probation Officer
Knoxville Division

APPROVED:

*[signature]*   August 29, 2024
John E. Lynn, Assistant Deputy Chief    Date
United States Probation Officer

RML:aeg

ORDER OF COURT:

The conditions of supervision are hereby modified to include the following additional special condition:

> The defendant shall submit her person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer or designee. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of her supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

So Ordered.

**ENTER.**

*Thomas A. Varlan*
**The Honorable Thomas A. Varlan**
**United States District Judge**