PROB49
EDTN79 – 12/2006

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extended Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF TENNESSEE

### Name of Offender: Kelly Louise Fitzmaurice
### Docket Number: 3:13-CR-00123-01

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> **The defendant shall submit her person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer or designee. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of her supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

Witness: _Shalandrea Griffin, LCSW_  Signed: _Kelly Louise Fitzmaurice_
Shalandrea Griffin, LCSW              Kelly Louise Fitzmaurice
Clinical Social Worker                Supervised Releasee
Federal Medical Center Carswell

August 22, 2024
Date