# UNITED STATES PROBATION OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

### <u>PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION</u>

**Name of Offender:**  Kelly Louise Fitzmaurice          **Docket Number:**  3:13CR00123-001

**Name of Sentencing Judicial Officer:** The Honorable Thomas A. Varlan
United States District Judge

**Date of Original Sentence:** June 2, 2014

**Original Offense:**  Count One: Distribution of Child Pornography

Count Two: Possession of Child Pornography

**Class:**   C Felony                                              **Criminal History Category:**   I

**Original Sentence:** 151 months imprisonment, followed by 15 years supervised release

**Type of Supervision:**  Supervised Release

**Date Supervision Commenced:** September 12, 2024

**Date Supervision Expires:** September 11, 2039

**Assistant U.S. Attorney:**  Frank M. Dale, Jr.

**Defense Attorney:**  To be determined

**Revocation Guideline Range:**  Four to 10 months          **Statutory Maximum:** 24 months
Grade B Violations

*******************************************

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|

**1**    **General Condition:** The defendant shall not commit another federal, state, or local crime.

**2**    **Standard Condition #3:** The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**3**    **Special Condition: LR.83.10(b)(3):** The defendant shall not associate and/or be alone with children under 18 years of age, nor shall he/she be at any residence where children under the age of 18 are residing, without the prior written approval of the probation officer. In addition, the defendant shall not visit, frequent, or remain about any place where children under the age of 18 normally congregate (public parks, playgrounds, etc.) or any business that caters to and/or targets child customers.

On or about September 12, 2024, Ms. Fitzmaurice began her 15-year term of supervised release. On or about September 25, 2024, Ms. Fitzmaurice reported to the United States Probation Office for her intake appointment. During that appointment Ms. Fitzmaurice was advised of her rules and conditions of supervision. Ms. Fitzmaurice's residence was with her brother, David Fitzmaurice. Mr. Fitzmaurice has a minor child aged three. Mr. Fitzmaurice does not have primary custody of the child and has sporadic contact. Ms. Fitzmaurice was instructed to have no contact with the minor child. Ms. Fitzmaurice was instructed that she is not allowed to be at their residence if the child is present. Ms. Fitzmaurice stated she understood those restrictions.

On or about May 27, 2025, this officer conducted a home contact at Ms. Fitzmaurice's approved residence. When this officer approached the property, a young child was visible running around. This officer also observed Ms. Fitzmaurice's vehicle on the property. This officer exited my vehicle and began observing the area. Ms. Fitzmaurice was observed in an open shed within a few feet of the child. No other individuals were observed at that time. A short time later Ms. Fitzmaurice's brother, David, was observed walking from the opposite end of the property and approaching Ms. Fitzmaurice. As he approached Ms. Fitzmaurice, she then looked in this officer direction. Ms. Fitzmaurice stated "Oh shit David I'm fucked." Ms. Fitzmaurice was questioned about being alone with the child. Ms. Fitzmaurice stated she has not been alone with the child. Ms. Fitzmaurice was told this officer observed her being alone with the child. Ms. Fitzmaurice then stated she was alone with the child. This would appear to be in violation of Title 18 U.S.C. § 1001. Ms. Fitzmaurice admitted that since on or about April 11, 2025, she has had contact with that child at least six separate times. Ms. Fitzmaurice stated on at least four occasions the child stayed at the residence overnight and at least two of those occasions Ms. Fitzmaurice stated she was totally alone with the child. This would appear to be multiple violations of the Tennessee Sex Offender Registry requirements.

**Assessment of Flight/Danger and Bond Recommendation:** Based on the above information, it appears Ms. Fitzmaurice has engaged in new criminal activity, had contact with a minor child without permission, failed to follow the instructions of the probation office, failed to be truthful with the probation officer, multiple violations of the sex offender registry requirements.

Ms. Fitzmaurice is a criminal history category one. The underlying offense involved distribution and possession of child pornography consisting of at least 28 videos and totaling 2,377 images. The content was primarily prepubescent children focusing on females. Ms. Fitzmaurice is quoted in the presentence report stating "I'm a closet pedo I guess you can say. I love pthc and can't seem to get enough. Really seems to be an addiction, lol I love to have no age limit chats, usually on yahoo (grn, eyed). My fave age range is 0-10. Want to know more just ask."

This officer does not consider Ms. Fitzmaurice to be a risk of flight. However, due to the above conduct this officer does consider Ms. Fitzmaurice to be a danger to the community. Therefore, this officer respectfully recommends Ms. Fitzmaurice be detained pending her revocation hearing.

**Petitioning the Court to order:**

That a Warrant be issued and the defendant be ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2025

APPROVED:                                    Respectfully submitted,

_____             _____
Rodney A. McLain                             Robert C. Welch II
Supervising United States Probation Officer  United States Probation Officer
                                             Greeneville Division

---

**ORDER OF COURT:**

A Warrant is to be issued, and the defendant is ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked. This petition is to be placed under seal until the defendant is arrested or appears in Court.

So ordered.

**ENTER.**

_____
The Honorable Thomas A. Varlan
United States District Judge