# UNITED STATES DISTRICT COURT

EASTERN | DISTRICT OF | TENNESSEE

UNITED STATES OF AMERICA

V.

KELLY FITZMAURICE

## EXHIBIT AND WITNESS LIST

Case Number:  3:13-CR-123

| PRESIDING JUDGE Jill E. McCook, U.S. Magistrate Judge | PLAINTIFF'S ATTORNEY Frank Dale | DEFENDANT'S ATTORNEY Benjamin Sharp |
|---|---|---|
| TRIAL DATE (S) June 9, 2025 | COURT REPORTER ECRO | COURTROOM DEPUTY Mallory Dahl |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 6/29/2025 | | | Robert Welch, USPO |
| 1 | | 6/29/2025 | x | x | Petition |
| 2 | | 6/29/2025 | x | x | (SEALED) PSR |
| | 3 | 6/29/2025 | x | x | Text messages |
| | 4 | 6/29/2025 | x | x | Collective Photos |
| | W | 6/29/2025 | | | David Fitzmaurice |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.